UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

DOMENICK A. CUOMO,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC, and
ABSOLUTE RESOLUTIONS CORPORATION,

    Defendants.

_____/

# COMPLAINT
# JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    Regarding the TCPA claim, this Court has jurisdiction under 28 U.S.C. §§1331. Mims v. Arrow Fin. Servs. LLC, 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Regarding the FDCPA claim, this Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, MERCANTILE

ADJUSTMENT BUREAU, LLC, placed telephone calls and sent letters into this District on behalf of Defendant, ABSOLUTE RESOLUTIONS CORPORATION.

## PARTIES

3. Plaintiff, DOMENICK A. CUOMO, is a natural person and citizen of the State of Florida residing in Broward County, Florida.

4. Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, ("Mercantile") is believed to be a limited liability company with its principal place of business at Suite 100, 165 Lawrence Bell Drive, Williamsville, New York 14221.

5. Defendant, ABSOLUTE RESOLUTIONS CORPORATION, ("Absolute") is believed to be a corporation with its principal place of business at Suite 200, 6602 El Cajon Boulevard, San Diego, California 92115.

## FACTUAL ALLEGATIONS

6. Defendants sought to collect from Plaintiff an alleged defaulted debt arising from transactions engaged in for personal, family or household purposes.

7. In September 2013, Plaintiff received a letter from Mercantile informing him that it was attempting to collect an alleged debt from him on behalf of Absolute.

8. Defendant, Mercantile, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

9. At all times material to this complaint, Defendant, Mercantile, was registered a consumer debt collector with the Florida Office of Financial Services.

10. Defendant, Mercantile, is a "debt collector" as defined in the FDCPA.

11. Defendant, Absolute, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

12. At all times material to this complaint, Defendant, Absolute, was registered a consumer debt collector with the Florida Office of Financial Services.

13. Defendant, Absolute, is a "debt collector" as defined in the FDCPA.

14. Defendant, Absolute, authorized one or more debt collectors including but not limited to Defendant, Mercantile, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

15. Debt collectors including but not limited to Defendant, Mercantile, placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of Absolute.

16. Defendant, Absolute, conveyed information to Plaintiff regarding the alleged debt through Defendant, Mercantile's telephone calls to Plaintiff.

17. By virtue of its status as a debt collector, Absolute, is vicariously liable to Plaintiff for Mercantile's violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T.,*

*Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

18. Defendant, Mercantile, left the following messages on Plaintiff's voice mail on his cellular telephone service on or about the dates stated:

August 13, 2013
Hello. Message is for Dominick Cuomo. My name is Luis Corenza and I'm calling you from a company called Mercantile Adjustment Bureau. If this is not Dominick, please do not listen to this message. Sir, it is important that you return my call. I've been asked to get in contact with you to notify you of an important, pending legal matter here in the office. This is regarding a business matter that you have with one of my clients. Dominick, the reason I'm calling you regarding this is to present to you some options that can help you to resolve this situation. My client is very much interested in working together with you before any final decisions are rendered regarding this matter. Today is August 13th, it's Tuesday. My office is open today until 9PM, Eastern Time. My phone number is 1-866-816-3177, I have an extension which is 3227 and this is with regards to reference number 254980.

August 15, 2013 – PRE-RECORDED MESSAGE
Cuomo, Dominick, please disconnect this call. By continuing to listen to this message, you acknowledge that you are Cuomo, Dominick. This is Marie Caranza from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 866-809-7506. This communication is from a debt collector. This is an attempt to collect a debt; any information obtained will be used for that purpose. Please use reference number.

September 13, 2013
Hello, message is for Dominick Cuomo. This is Luis Cersenza calling you from Mercantile Adjustment Bureau. If this is not Dominick, please do not listen to this message. Sir, it is important that you call my office today. My office had tried numerous times to reach you regarding one of your business matters. It is September 13, it's Friday. My office will be taking calls regarding this up until 5PM Eastern Time. My number's 1-866-816-3177, I have an extension which is 3227 and this is with regards to reference number 25498046. The call is recorded for quality purposes. The call is also an

4

attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

October 9, 2013
Message is for Dominick Cuomo.  Luis Cerenza calling you, Mercantile Adjustment Bureau.  If this is not Dominick, please do not listen to this message. Sir, this message will serve as a final notice to call the office.  This is regarding a pending legal matter regarding a Capital One account that you have with one of my clients.  It is Wednesday, October 9, there's now a deadline of 7PM Eastern Time to return the call.  Please understand sir, that this is a verified phone number for you, which clearly ID's you on the machine.  Failure to return the call it will be understood that there is no way to work together with you to resolve this matter and my client will be forced to take the proper action necessary to resolve this situation on your behalf.  My number's 1-866-816-3177 extension is 3227 reference number is 25498046.  Thank you.

October 23, 2013 – PRE-RECORDED MESSAGE
Dominick, please disconnect this call.  By continuing to listen to this message, you acknowledge that you are Cuomo Dominick.  This is Lui Cersenza from Mercantile Adjustment Bureau.  Please contact me about and important personal business matter at 866-809-7506.  This communication is from a debt collector, this is an attempt to collect a debt.  Any information obtained will be used for that purpose, please use reference number 25498046 from Mercantile Adjustment Bureau.  Please contact me about an important personal business matter at 866-809-7506.  This communication is from a debt collector.  This is an attempt to collect a debt--.

November 7, 2013 – PRE-RECORDED MESSAGE
Dominick, please disconnect this call.  By continuing to listen to this message, you acknowledge that you are Cuomo Dominick.  This is Tammy Franko from Mercantile Adjustment Bureau.  Please contact me about and important personal business matter at 866-809-7506.  This communication is from a debt collector, this is an attempt to collect a debt.  Any information obtained will be used for that purpose, please use reference number 25498046 from Mercantile Adjustment Bureau.  Please contact me about an important personal business matter at 866-809-7506.  This communication is from a debt collector.  This is an.

November 12, 2013 – PRE-RECORDED MESSAGE

>Dominick, please disconnect this call.  By continuing to listen to this message, you acknowledge that you are Cuomo Dominick.  This is Tammy Franko from Mercantile Adjustment Bureau.  Please contact me about and important personal business matter at 866-809-7506.  This communication is from a debt collector, this is an attempt to collect a debt.  Any information obtained will be used for that purpose, please use reference number 25498046 from Mercantile Adjustment Bureau.  Please contact me about an important personal business matter at 866-809-7506.  This communication is from a debt collector.  This is an attempt to collect a debt.

19.    In addition to the foregoing, Defendant, Mercantile, telephoned Plaintiff on other occasions. (Collectively, "the telephone messages").

20.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

21.    In the August 13, 2013 and the October 9, 2013 messages Defendant, Mercantile, failed to inform Plaintiff that the communication was from a debt collector.

22.    Defendant, Mercantile, knew it was required to disclose that it is a debt collector in telephone messages to Plaintiff.

23.    In the August 13, 2013 message, Mercantile created a false impression that its representative, Luis Cerenza, was an attorney when Mr. Cerenza stated among other things, "Sir, it is important that you return my call. I've been asked to get in contact with you to notify you of an important, pending legal matter here in

6

the office. This is regarding a business matter that you have with one of my clients."

24. In the August 13, 2013 message, Mercantile created a false impression that litigation was pending against Plaintiff.

25. In the October 9, 2013 message, Mercantile created a false impression that its representative, Luis Cerenza, was an attorney when Mr. Cerenza stated among other things, "This is regarding a pending legal matter regarding a Capital One account that you have with one of my clients."

26. In the October 9, 2013 message, Mercantile created a false impression that litigation against Plaintiff was then pending or imminent.

27. Debt collectors, including but not limited to Mercantile, acting on behalf of Defendant, Absolute, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone.

28. As owner of the alleged debt, Defendant, Absolute, is liable to Plaintiff for Mercantile's, and any of Absolute's other debt collectors, violation of the TCPA and its regulations for calls placed on behalf of Absolute. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

29. None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

30. Plaintiff incorporates Paragraphs 1 through 29.

31. Defendant, Mercantile, failed to disclose in telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

32. Plaintiff incorporates Paragraphs 1 through 29.

33. Defendant, Mercantile, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose that it is a debt collector and or the purpose of Defendant's communication in the telephone

messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## FALSE IMPLICATION OF ATTORNEY INVOLVEMENT

34.    Plaintiff incorporates Paragraphs 1 through 29.

35.    Defendant, Mercantile, created a false implication of attorney involvement in the August 13, 2013 and October 9, 2013 messages in violation of 15 U.S.C §1692e(3). See *Rosenau v. Unifund Corp.*, 539 F.3d 218, 224 (3d Cir. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## FALSE IMPLICATION OF LITIGATION

36.    Plaintiff incorporates Paragraphs 1 through 29.

37.    Defendant, Mercantile's August 13, 2013 and October 9, 2013 messages falsely, deceptively and misleadingly implied the existence of or imminence of litigation and in violation of 15 U.S.C §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT AGAINST MERCANTILE

38.    Plaintiff incorporates Paragraphs 1 through 29.

39.    Defendant, Mercantile, acting on behalf of Defendant, Absolute, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, for:

    a.    Damages;

    b.    a declaration that Mercantile's calls placed on behalf of Absolute violate the TCPA;

    c.    a permanent injunction prohibiting Defendant, Mercantile, from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Plaintiff; and

    d.    Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT AGAINST ABSOLUTE

40.    Plaintiff incorporates Paragraphs 1 through 29.

41.    As owner of the alleged debt, Defendant, Absolute, is liable to Plaintiff for Mercantile's, or any of Absolute's other debt collectors, violation of the TCPA and its regulations for calls placed on behalf of Absolute. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

11

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, ABSOLUTE RESOLUTIONS CORPORATION, for:

    a.    Damages;

    b.    a declaration that calls by Absolute debt collectors on behalf of Absolute violate the TCPA;

    c.    a permanent injunction prohibiting Defendant, Absolute from causing any person acting on its behalf from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Plaintiff; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    Email: don@donyarbrough.com

    By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658